■ In the Matter of RICHELLE CROWE, an Infant, by Her Mother and Natural Guardian, CINDY DYER, Appellant, v LEDERLE LABORATORIES, a Division of AMERICAN CYANAMID, et al., Respondents.—Appeal from an order of the Supreme Court (Fischer, J.), entered February 7, 1989 in Broome County, which granted defendants' motion for an order to conduct a physical examination of plaintiff.

---

Order affirmed, without costs, upon the opinion of Justice Robert E. Fischer. Kane, J. P., Mikoll, Yesawich, Jr., Mercure and Harvey, JJ., concur.